UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WALTER E. BEAVER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02784-SEB-MJD |
| UNITED STATES POSTAL SERVICE, et al. | ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation to the district judge on Defendant's Motion to Dismiss [Dkt. 15]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  The case shall proceed accordingly.

Date:  4/12/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Clinton E. Blanck
BLANCK LEGAL, P.C.
cblanck@blancklegal.com

Lara K. Langeneckert
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lara.langeneckert@usdoj.gov